LIBORIUS I. AGWARA, ESQ.
Nevada Bar No. 7576
GEORGE A. MAGLARES, ESQ.
Nevada Bar No. 9855
AGWARA & ASSOCIATES
1058 E. Sahara Ave., Suite B
Las Vegas, Nevada 89104
(702) 385-4800
(702) 385-4900 (facsimile)
agwaralaw@yahoo.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHINYERE LAWRENTIA OKEKE,

Defendant.

3:10-cr-00063-RCJ-(WGC)

**ORDER**

JOINT MOTION TO TERMINATE
PRE-TRIAL DIVERSION
AND DISMISS CASE WTH
PREJUDICE

COME NOW, the United States of America, by and through Assistant United States Attorney, WILLIAM R. REED, and Defendant CHINYERE LAWRENTIA OKEKE, by and through her attorneys of record, LIBORIUS I. AGWARA, ESQ. and GEORGE A. MAGLARES, ESQ., of the law office of AGWARA & ASSOCIATES, and hereby jointly move this Honorable Court for an Order terminating pre-trial diversion and dismissing the above-entitled case with prejudice.

On May 19, 2010, an Indictment was filed with this Court, alleging that Defendant violated Title 18, United States Code, Sections 1546(a)(, 1015(a), and 1425(a). (See Dkt. #1). On December 30, 2011, an Agreement for Pre-Trial Diversion was filed with this court. Pursuant to the Agreement for Pre-Trial Diversion, deferment of this matter was conditioned upon the following:

1

1. Defendant shall not violate any law (Federal, State and local) and shall contact her pre-trial diversion supervisor if arrested and/or questioned by any law enforcement officer.
2. Defendant shall report to her pre-trial diversion supervisor as directed and keep her/him informed of Defendant's whereabouts.
3. Defendant shall complete 80 hours of community service at an organization involving medicine.

(See Dkt. #37).

To date, Defendant has met all of the conditions required by the Agreement for Pre-Trial Diversion. In addition, pre-trial services has informed Defendant's counsel that it is in agreement with terminating diversion and dismissing the case. Accordingly, it is respectfully jointly requested that pre-trial diversion be terminated and the instant matter be dismissed with prejudice. The parties further request that the hearing scheduled in this case on January 14, 2013, be vacated and the matter closed.

DATED this 2nd day of January, 2012.   DATED this 2nd day of January, 2012.

*[signature]*
LIBORIUS I. AGWARA, ESQ.
Nevada Bar No. 7576
GEORGE A. MAGLARES, ESQ.
Nevada Bar No. 9855
AGWARA & ASSOCIATES
1058 E. Sahara Ave., Suite B
Las Vegas, Nevada 89104
Attorneys for Defendant

*[signature]*
DANIEL G. BOGDEN
United States Attorney
WILLIAM R. REED
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(702) 784-5438
Attorneys for Plaintiff

ORDER
IT IS SO ORDERED this 22nd day of January, 2013.

*[signature]*
ROBERT C. JONES
Chief Judge